ORIGINAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY, | Case No. 2:05-CV-2089 FCD PAN DP |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | NO EXECUTION DATE SET |
| STEVEN ORNOSKI, Acting Warden of San Quentin State Prison, | [~~PROPOSED~~] ORDER GRANTING MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se. He has filed applications pursuant to Local Rule 81-191 for leave to proceed in forma pauperis and for appointment of counsel.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Petitioner's request to proceed in forma pauperis granted;

2. Petitioner's application for appointment of counsel is granted. The matter is referred to the Eastern District Selection Board for the recommendation by the Selection Board of

1

1 | qualified counsel available to represent Petitioner.
2 | DATED: OCTOBER 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

Joseph Schlesinger
Attorney at Law
On behalf of Petitioner
DUANE HOLLOWAY

1  Duane Holloway

2

3                              **PROOF OF SERVICE**

4       I, the undersigned hereby declare:

5       I am over the age of eighteen years and am not a party to the within-entitled action. On

6  October 19, 2005, I served on the parties in said cause the within **[PROPOSED] ORDER**

7  **GRANTING MOTIONS FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND**

8  **FOR APPOINTMENT OF COUNSEL** by placing a copy in a postage-paid envelope addressed to

9  the person(s) hereinafter listed and by depositing said envelope in the United States Mail.

10

11 Raymond Brosterhous
   Deputy Attorney General
   P. O. Box 944255
12 Sacramento, CA  94244-2550

13

14       I declare under penalty of perjury that the foregoing is true and correct.

15

16                               _H. Q143_

17