1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10   DUANE HOLLOWAY

11                     Petitioner,
                                          CIV. S-05-2089 FCD PAN
12          v.
                                          DEATH PENALTY CASE
13   STEVEN W. ORNOSKI, Warden of
     the California State Prison
14   at San Quentin,                                ORDER

15                     Respondent.

16                              -o0o-

17          Pursuant to the December 12, 2005, request, the Federal

18   Defender Capital Habeas Unit is appointed as lead counsel.

19          Dated:   January 18, 2006.

20                                    /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
21                                    Magistrate Judge

22

23

24

25

26