IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY, | No. CIV S-05-2089-FCD-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER |
| STEVE ORNOSKI, Warden, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the reassignment of this action to the undersigned, the status conference currently set for April 12, 2006, in Sacramento, California, will be vacated and re-set upon further order of the court.

Accordingly, IT IS HEREBY ORDERED that the April 12, 2006, status conference is vacated.

DATED: March 14, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1