IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY, | No. CIV S-05-2089-FCD-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| STEVE ORNOSKI, Warden, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Upon review of this case following re-assignment to the undersigned on March 1, 2006, the court finds it appropriate to vacate the portion of the court's February 27, 2006, order (Doc. 8, sealed) concerning the budget for this case because it is not consistent with the capital habeas case management policy promulgated by the Judicial Council of the Ninth Circuit. The appointment of Mark Greenberg, Esq., as second counsel for petitioner is not affected by this order.

///

///

///

1

It is the intent of this court to work with counsel in an effort to manage the costs of capital habeas litigation. In furtherance of this objective, petitioner's counsel will be required to prepare and submit budgets for tasks to be performed by attorneys and paralegals and for expenses to be incurred for investigative, expert, and other services.[1] A separate budget will be required for each of four phases of this litigation: Phase I (appointment, record review, and preliminary investigation); Phase II (petition preparation, answer, and exhaustion); Phase III (merits briefing, fact development discovery, and motion for evidentiary hearing); and Phase IV (pre-evidentiary hearing discovery, evidentiary hearing, and final briefing).

This case is currently set for hearing on petitioner's motion for equitable tolling on April 26, 2006, at 1:30 p.m., in Redding, California. Following argument by all parties on petitioner's motion, the court will excuse respondent's counsel and conduct an ex parte conference with petitioner's counsel regarding the budget. Petitioner's counsel shall submit to this court a proposed Phase I budget no later than April 19, 2006. The court will review the proposed budget, engage in appropriate ex parte discussion with petitioner's counsel at the April 26, 2006, hearing, and thereafter will enter an order regarding the budget.

Accordingly, IT IS HEREBY ORDERED that:

1. The portion of the court's February 27, 2006, order concerning the budget for this case is vacated;

2. Counsel for petitioner shall submit a proposed Phase I budget, consistent with the automated budget process established by the Judicial Council, by April 19, 2006; and

/ / /

/ / /

/ / /

---

[1] To the extent counsel is not familiar with the automated budgeting process, counsel may contact the chambers of the undersigned or the Office of the Circuit Executive for the Ninth Circuit for more information.

It is the intent of this court to work with counsel in an effort to manage the costs of capital habeas litigation. In furtherance of this objective, petitioner's counsel will be required to prepare and submit budgets for tasks to be performed by attorneys and paralegals and for expenses to be incurred for investigative, expert, and other services.[1] A separate budget will be required for each of four phases of this litigation: Phase I (appointment, record review, and preliminary investigation); Phase II (petition preparation, answer, and exhaustion); Phase III (merits briefing, fact development discovery, and motion for evidentiary hearing); and Phase IV (pre-evidentiary hearing discovery, evidentiary hearing, and final briefing).

This case is currently set for hearing on petitioner's motion for equitable tolling on April 26, 2006, at 1:30 p.m., in Redding, California. Following argument by all parties on petitioner's motion, the court will excuse respondent's counsel and conduct an ex parte conference with petitioner's counsel regarding the budget. Petitioner's counsel shall submit to this court a proposed Phase I budget no later than April 19, 2006. The court will review the proposed budget, engage in appropriate ex parte discussion with petitioner's counsel at the April 26, 2006, hearing, and thereafter will enter an order regarding the budget.

Accordingly, IT IS HEREBY ORDERED that:

1. The portion of the court's February 27, 2006, order concerning the budget for this case is vacated;

2. Counsel for petitioner shall submit a proposed Phase I budget, consistent with the automated budget process established by the Judicial Council, by April 19, 2006; and

/ / /

/ / /

/ / /

---

[1] To the extent counsel is not familiar with the automated budgeting process, counsel may contact the chambers of the undersigned or the Office of the Circuit Executive for the Ninth Circuit for more information.

3. The appointment of Mark Greenberg, Esq., as second counsel for petitioner is not affected by this order.

DATED: March 27, 2006.

*[signature: Craig M. Kellison]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE