IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY, | No. CIV S-05-2089-FCD-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER |
| EDDIE YLST, Acting Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Federal Rule of Civil Procedure 25(d), Eddie Ylst is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

IT IS SO ORDERED.

DATED: March 29, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1