IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY, | No. CIV S-05-2089-FCD-CMK |
| Petitioner, | DEATH PENALTY CASE |
| vs. | <u>ORDER</u> |
| EDDIE YLST, Acting Warden, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's request for a continuance (Doc. 15), filed on April 12, 2006.

This case is currently set for hearing on petitioner's motion for equitable tolling on April 26, 2006, at 1:30 p.m., in Redding, California, with an ex parte budget conference with petitioner's counsel to follow. Petitioner's counsel is required to submit a proposed Phase I budget by April 19, 2006. In his request, respondent seeks either a continuance of the hearing date or leave to appear on April 26, 2006, telephonically. The request will be granted insofar as the hearing will be held on April 26, 2006, as currently noticed, but respondent will be permitted to appear telephonically.

1  Accordingly, IT IS HEREBY ORDERED that respondent may appear
2 telephonically at the hearing in this case scheduled for April 26, 2006.
3 DATED:  April 14, 2006.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE