IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE HOLLOWAY,

    Petitioner,                   No. CIV S-05-2089 FCD EFB P

    vs.

ROBERT WONG, Acting Warden,    **DEATH PENALTY CASE**

    Respondent.                  ORDER

_____/

      Petitioner is a state prisoner proceeding with counsel seeking a writ of habeas corpus in a death penalty case. *See* 28 U.S.C. § 2254. On November 8, 2006, the court conducted a hearing on petitioner's motion to stay and hold his habeas petition in abeyance pending exhaustion in state court. The court granted the motion by order filed November 14, 2006, and directed petitioner to file and serve a written status report within six months. On May 15, 2007, petitioner filed a status report advising the court that petitioner filed a state habeas petition in In Re Holloway, California Supreme Court Case No. S147749, containing identical claims to those asserted in the habeas petition pending in this Court. On November 6, 2006, the California Supreme Court requested informal briefing from the parties. After requesting and receiving an extension of time, respondent filed an informal response to the petition. Petitioner's informal reply is currently due on May 28, 2007.

1   Good cause appearing, IT IS HEREBY ORDERED that, if the state proceedings have not
2   concluded within six months of the date of this order, petitioner shall file and serve a written
3   status report.
4   SO ORDERED.
5   DATED: May 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2