IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE HOLLOWAY,

    Petitioner,                    No. CIV S-05-2089 FCD EFB P

    vs.

ROBERT WONG, Acting Warden,    ORDER

    Respondent.               **DEATH PENALTY CASE**

_____/

    Petitioner is a state prisoner proceeding with counsel seeking a writ of habeas corpus in a death penalty case. *See* 28 U.S.C. § 2254. On September 3, 2008, petitioner filed a status report in compliance with the court's order that he file a status report after six months, to keep the court informed as to his habeas corpus proceedings in state court. His status report states that the petition in state court is fully briefed and awaiting decision by the California Supreme Court.

    Good cause appearing, IT IS HEREBY ORDERED that, if the state proceedings have not concluded within six months of the date of this order, petitioner shall file and serve a further written status report.

Dated: September 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE