IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE HOLLOWAY,

     Petitioner,                    No. CIV S-05-2089 FCD EFB P

     vs.

ROBERT WONG, Acting Warden,     ORDER
                                       **DEATH PENALTY CASE**

     Respondent.

_____/

     On November 4, 2009, the court held a status conference in the above-captioned case. At the conference, the court ordered as follows:

     1. Respondent shall file and serve an answer to the September 29, 2006 petition on or before March 4, 2010.

     2. Respondent shall file and serve a motion for summary adjudication on or before April 29, 2010. Petitioner's opposition or statement of non-opposition shall be filed and served on or before June 24, 2010, and respondent's reply, if any, shall be filed on or before July 8, 2010. A hearing on respondent's motion for summary adjudication is set for July 21, 2010 at 10:00 a.m., in Courtroom No. 25.

////

////

1

3. Counsel for petitioner shall file, under seal, a proposed Phase III budget, by December 30, 2009. An ex parte conference with petitioner's counsel regarding the budget will follow on January 6, 2010 at 10:00 a.m., in Courtroom No. 25.

SO ORDERED.

Dated: November 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE