1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DUANE HOLLOWAY,

11                  Petitioner,                        No. CIV S-05-2089 FCD EFB P

12          vs.

13   VINCENT CULLEN, Warden of San
     Quentin State Prison,

14                                                      ORDER
                     Respondent.                        **DEATH PENALTY CASE**

15   _____/

16          On July 13, 2010, the parties filed a Stipulation for Status Conference and Order,

17   informing the court of the following:

18          On June 21, 2010, the United States Supreme Court granted a petition for writ of
            certiorari filed by the California Attorney General's Office in *Walker v. Martin*,
19          ___ S.Ct. ___, 2010 WL 621406 (June 21, 2010). The questions presented in the
            Martin case are as follows:

20
                    Under state law in California, a prisoner may be barred from
21                  collaterally attacking his conviction when the prisoner
                    "substantially delayed" filing his habeas petition. In federal habeas
22                  corpus proceedings, is such a state law "inadequate" to support a
                    procedural bar because (1) the federal court believes that the rule is
23                  vague and (2) that state failed to prove that its courts
                    "consistently" exercised their discretion when applying the rule in
24                  other cases?

25   ////

26   ////

                                                    1

1
2
3

There is a substantial possibility that the outcome of the Martin case could alter
the framework established by the Ninth Circuit for evaluating the adequacy of
California's procedural bars under *Bennett v. Mueller*, 322 F.3rd 573 (9th Cir. 2003)
and *King v. Lamarque*, 464 F.3d 963 (9th Cir. 2006).

4   Dckt. No. 61.  The parties stipulated that briefing on respondent's pending motion for summary

5   judgment, which is based on procedural defaults, be suspended until further order of the court.

6   The court finds that this action should be administratively stayed pending the issuance of a

7   decision in *Martin*.

8           Accordingly, IT IS HEREBY ORDERED that:

9           1.  Briefing on the pending motion for summary judgment is stayed pending the issuance

10  of a decision in *Martin*; and

11          2.  The parties are directed to file a joint status report within 14 days after a decision in

12  *Martin* is rendered.

13  DATED:  August 2, 2010.

14                                      EDMUND F. BRENNAN
15                                      UNITED STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26