1  DANIEL J. BRODERICK, Bar #89424
   Federal Public Defender
2  HARRY SIMON, Bar #133112
   Assistant Federal Public Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-6666

5  MARK D. GREENBERG, Bar #99726
   484 Lake Park Avenue, Suite 429
6  Oakland, California 94610
   Telephone: (510) 452-3126
7
   Attorneys for Petitioner
8  DUANE HOLLOWAY

9           **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  DUANE HOLLOWAY,              )   **DEATH PENALTY CASE**
                                 )
13           Petitioner,         )   NO.  CIV S-05-2089 FCD-EFB
                                 )
14      v.                       )   **ORDER SCHEDULING FURTHER**
                                 )   **PROCEEDINGS REGARDING**
15  MICHAEL MARTEL, Warden of San)   **RESPONDENT'S MOTION FOR SUMMARY**
    Quentin State Prison         )   **JUDGMENT**
16                               )
             Respondent.         )
17  _____ )

18      On August 2, 2010, this Court stayed proceedings on Respondent's pending motion for summary

19  judgment, which seeks the dismissal of various claims based on procedural bars. In its August 2, 2010

20  Order, the Court stayed briefing pending the issuance of the United States Supreme Court's decision in

21  *Walker v. Martin*, ___ S.Ct. ___, 2011 WL 611627 (February 23, 2011). In addition, the Court directed

22  the parties to file a joint status report within 14 days after a decision in *Martin* is rendered.

23      Pursuant to that Order, the parties have filed a Joint Status Statement Regarding Respondent's

24  Motion for Summary Judgment, which proposes a schedule for further briefing and hearing that is

25  agreeable to both parties.

1   This Court adopts that proposed schedule.  Petitioner's brief in opposition to Respondent's motion
2  for summary judgment shall be filed on or before May 24, 2011.  Respondent's reply shall be filed on or
3  before June 23, 2011.   The hearing on Respondent's motion shall be held on July 13, 2011 at 10 a.m.
4  Dated:  March 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE