IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE HOLLOWAY,

    Petitioner,

vs.

WARDEN, San Quentin State Prison,

    Respondent.
_____/

No. CIV S-05-2089 KJM EFB P

**DEATH PENALTY CASE**

ORDER

The parties are hereby ordered to brief the impact of *Cullen v. Pinholster*, No. 09-1088, 2011 WL 1225705 (U.S. Apr. 4, 2011) on these proceedings. Petitioner's initial brief shall be filed on or before May 24, 2011. Respondent's response shall be filed on or before June 23, 2011. Petitioner's reply, if any, shall be filed on or before July 11, 2011.

So ordered.

DATED: May 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE