1  DANIEL J. BRODERICK, Bar #89424
Federal Public Defender
2  HARRY SIMON, Bar #133112
Assistant Federal Public Defender
3  801 I Street, 3rd Floor
Sacramento, California 95814
4  Telephone: (916) 498-6666

5  MARK D. GREENBERG, Bar #99726
484 Lake Park Avenue, Suite 429
6  Oakland, California 94610
Telephone: (510) 452-3126

7

8  Attorneys for Petitioner
DUANE HOLLOWAY

9           **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  DUANE HOLLOWAY,                )    **DEATH PENALTY CASE**
                                   )
13                 Petitioner,     )    NO.  CIV S-05-2089 KJM EFB
                                   )
14         v.                      )    **ORDER GRANTING MOTION TO**
                                   )    **RECONSIDER NOVEMBER 3, 2011 ORDER**
15  KEVIN CHAPELLE, Warden of San  )
Quentin State Prison             )
16                                 )
                   Respondent.     )
17  _____ )

18         On January 25, 2012, this Court held a hearing on petitioner Duane Holloway's Motion to

19  Reconsider Court's November 3, 2011 Order (Doc. 77).  In its November 3, 2011 Order (Doc. 76), the

20  Court vacated the scheduled hearing on Respondent's Motion for Summary Judgment (Doc. 56) and

21  directed the parties to file a joint statement setting forth a schedule for further proceedings.

22         In response to petitioner's motion for reconsideration, this Court clarifies that it does have

23  discretion to rule on the procedural issues raised in Respondent's Motion for Summary Judgment before it

24  considers whether petitioner has satisfied the requirements of 28 U.S.C. § 2254(d) under *Cullen v.*

25  *Pinholster*, 131 S. Ct. 1388 (2011).  Moreover, for the reasons stated in petitioner's motion for

26  reconsideration, the Court is persuaded that, in the interests of judicial economy, it should resolve the

27  issues raised in Respondent's Motion for Summary Judgment before addressing whether petitioner has

28  satisfied the requirements of 28 U.S.C. § 2254(d).

1

Accordingly, it is hereby ORDERED that:

1. Petitioner's Motion to Reconsider the court's November 3, 2011 order is granted.

2. The court's November 3, 2011 order is vacated.

3. Upon further consideration, and in light of petitioner's argument that these proceedings may be affected by the United States Supreme Court's decisions in *Maples v. Thomas*, No. 10-63, and *Martinez v. Ryan*, No. 10-1001, the date set by the undersigned in the January 25, 2012 hearing for argument on Respondent's Summary Judgment Motion is vacated.  *See* Dckt. No. 71 at 1-2; Dckt. No. 77 at 4-5.

4. The parties are ordered to submit revised briefs on containing all relevant authority according to the following schedule:  respondent shall file his revised motion for summary judgment or a statement that he does not wish to file a revised motion within 30 days after the United States Supreme Court issues its decision in *Martinez*; petitioner shall file his revised opposition or a statement that he does not wish to file a revised opposition within 21 days thereafter; and respondent may file a revised reply brief within 7 days thereafter.

DATED:  January 26, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE