HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

MARK D. GREENBERG, Bar #99726
484 Lake Park Avenue, Suite 429
Oakland, California 94610
Telephone: (510) 452-3126

Attorneys for Petitioner
DUANE HOLLOWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY,<br><br>   Petitioner,<br><br> vs.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin,<br><br>   Respondent. | **DEATH PENALTY CASE**<br><br>NO. 2:05-cv-02089-DJC-JDP<br><br>[~~Proposed~~] **ORDER GRANTING REQUEST TO LODGE UNDER SEAL EXHIBITS 36, 37, 42, 52, 60, AND 67 TO STATE EXHAUSTION PETITION** |

FOR GOOD CAUSE SHOWN, this Court grants Petitioner's Request to Lodge Under Seal Exhibits 36, 37, 42, 52, 60 and 67 to State Exhaustion Petition. The Clerk shall lodge and maintain under seal Exhibits 36, 37, 42, 52, 60 and 67 to the petition for writ of habeas corpus in *In Re Holloway*, California Supreme Court Case No. S147749.

IT IS SO ORDERED.

Dated:     October 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE