HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax: (916) 498-6656

MARK D. GREENBERG, Bar No. 99726
484 Lake Park Avenue, Suite 429
Oakland, California 94610
Telephone: (510) 452-3126

Attorneys for Petitioner
DUANE HOLLOWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CHANDES ANDES, Acting Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent. | **DEATH PENALTY CASE**<br><br>NO. 2:05-cv-02089-DJC-JDP<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS GRANTING IN PART AND DENYING IN PART SUMMARY JUDGMENT BASED ON PROCEDURAL DEFENSES** |

　　　　On September 29, 2006, counsel for petitioner filed his petition for writ of habeas corpus in this action. Doc. 29. On October 30, 2006, petitioner filed a second state habeas petition with the California Supreme Court in *In Re Duane Holloway*, Case No. S147749 raising identical claims to those contained in his federal petition. On August 19, 2009, the California Supreme Court denied the claims contained in the second state petition on the merits and almost all of those same claims based on various state procedural bars.

1   On April 14, 2010, counsel for Respondent filed a Motion for Summary Judgment as to various claims contained in the petition based on state procedural bars. (Doc 56.) On May 24, 2011, counsel for Petitioner filed his Opposition to that summary judgment motion. (Doc. 69.) On June 23, 2011, counsel for Respondent filed his Reply Brief in support of the summary judgment motion. (Doc. 73.)

On January 31, 2024, Magistrate Judge Jeremy Peterson issued detailed findings and recommendations recommending that respondent's motion for summary judgment be denied without prejudice as to claims 1.C, 1.F, 7.B, 11, and 28 of the petition and granted as to claims 1.A, 1.D (to the extent it alleges ineffective assistance of counsel), 1.E.2, 2.A, 2.B, 2.C, 2.D, 2.E, 3, 4, 5.A, 5.B, 5.C, 5.D, 5.E.1, 5.F.2, 5.F.4, 5.G, 5.H, 5.I, 5.K, 5.L, 5.M, 5.N, 5.O, 6.C, 7.A, 7.C, 7.D, 9, 10.A, 19.B, 19.C, 21.B, 27 and 31. (Doc. 94.) Those Findings and Recommendations further provided: "Any response to the objections shall be filed and served within thirty days after service of the objections." (Doc. 94 at 47.)

In order to provide meaningful objections to the Findings and Recommendations, counsel for Petitioner and Respondent need to reacquaint themselves with the details of the state and federal petition, the California Supreme Court's resolution of petitioner's claims on direct appeal and in his first and second habeas proceedings, the arguments made at the time they wrote their briefs on these issues, and the law that has evolved in this area since the filing of those briefs more than a decade ago. Counsel are balancing these responsibilities with completing obligations in other cases.

Accordingly, counsel for the parties stipulate as follows:

The time for filing of the parties objections to the Findings and Recommendations issued by the Court on January 31, 2024 shall be extended for a period of 90 days, from March 1, 2024 to May 30, 2024.

Dated: February 23, 2024                    Respectfully Submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                             */s/ Harry Simon*
                                            HARRY SIMON
                                            Assistant Federal Defender

                                            Attorneys for Petitioner
                                            DUANE HOLLOWAY


                                            ROB BONTA
                                            Attorney General of California


                                             */s/ Barton Bowers*
                                            BARTON BOWERS
                                            Deputy Attorney General

                                            Attorney for Respondent


IT IS SO ORDERED.

Dated:   March 6, 2024                      _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE