UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>MICHAEL MARTEL, *et al.*,<br><br>　　　　　Respondents. | Case No.  2:05-cv-02089-DJC-JDP<br><br>**ORDER**<br><br>VACATING FINDINGS AND RECOMMENDATIONS ISSUED JANUARY 31, 2024<br><br>ECF No. 94 |

Petitioner is a state prisoner under sentence of death, who filed in this court an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 31, 2024, the undersigned filed findings and recommendations on respondent's motion for summary judgment, ECF No. 56, that were served on all parties, and, on May 22, 2024, petitioner timely filed objections to the findings and recommendations.  ECF Nos. 94, 98.  In his objections, petitioner clarified his litigation position on eleven of the claims and subclaims that were the subject of the findings and recommendations, specifically addressing the application of recent Supreme Court authority to the relevant issues.  ECF No. 98 at 2-18.

Upon review of petitioner's objections, the undersigned has determined that the January 31, 2024 findings and recommendations should and shall be vacated to address petitioner's current litigation position as to the eleven claims and subclaims at issue in his objections.

1

Accordingly, it is hereby ORDERED that:

1. The findings and recommendations filed January 31, 2024, ECF No. 94, are vacated.

2. New findings and recommendations will issue forthwith to supersede those issued on January 31, 2024.

IT IS SO ORDERED.

Dated:   July 30, 2024                                                            _____
                                                                                   JEREMY D. PETERSON
                                                                                   UNITED STATES MAGISTRATE JUDGE