UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE HOLLOWAY,

         Petitioner,

    v.

MICHAEL MARTEL, *et al.*,

         Respondents.

Case No.  2:05-cv-2089-DJC-JDP (DP)

ORDER

On September 29, 2025, the court granted in part respondents' motion for summary judgment and referred the matter to the undersigned for further proceedings.  ECF No. 101. Consistent with prior orders of the Court, *see* ECF Nos. 76, 83, the parties are ORDERED to meet and confer regarding a proposed schedule for briefing the application of 28 U.S.C. § 2254(d) to the remaining claims of the petition, and to submit a joint proposed scheduling order for same no later than 30 days from the date of this order.  To the extent that the parties cannot agree on a joint statement, they shall file separate statements.

IT IS SO ORDERED.

Dated:    January 16, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1