HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax: (916) 498-6656

MARK D. GREENBERG, Bar No. 99726
484 Lake Park Avenue, Suite 429
Oakland, California 94610
Telephone: (510) 452-3126

Attorneys for Petitioner
DUANE HOLLOWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE HOLLOWAY,<br><br>Petitioner,<br><br>vs.<br><br>CHRISTOPHER PIERCE, Acting Warden of Ironwood State Prison,<br><br>Respondent. | **DEATH PENALTY CASE**<br><br>NO.  2:05-cv-2089-DJC-JDP<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING JOINT ~~PROPOSED~~ BRIEFING SCHEDULING ORDER** |

On January 16, 2026, this Court ordered the parties to meet and confer and file a joint proposed scheduling order setting forth a briefing schedule for the application of 28 U.S.C. § 2254(d) of those claims in the petition that the court has either (1) concluded are not procedurally barred, or (2) for which the court has reserved judgment on whether they are procedurally barred. Counsel for the parties have begun, but have yet to conclude, their discussion of this matter.

In order to provide the parties the opportunity to continue these discussions, counsel for the parties stipulate as follows: The time for filing of the parties Joint Proposed Joint Briefing Scheduling Order scheduled for February 17, 2026 shall be extended for a period of 30 days, until March 19, 2026.

Dated: February 9, 2026                    Respectfully Submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                            /s/ Harry Simon
                                           HARRY SIMON
                                           Assistant Federal Defender

                                           Attorneys for Petitioner
                                           DUANE HOLLOWAY


                                           ROB BONTA
                                           Attorney General of California


                                           /s/ Barton Bowers
                                           BARTON BOWERS
                                           Deputy Attorney General

                                           Attorney for Respondent

IT IS SO ORDERED.


Dated:    February 26, 2026           _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE