HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Fax: (916) 498-6656

MARK D. GREENBERG, Bar No. 99726
484 Lake Park Avenue, Suite 429
Oakland, California 94610
Telephone: (510) 452-3126

Attorneys for Petitioner
DUANE HOLLOWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DUANE HOLLOWAY,

        Petitioner,

vs.

CHRISTOPHER PIERCE, Acting Warden of Ironwood State Prison,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**DEATH PENALTY CASE**

NO.  2:05-cv-2089-DJC-JDP

**JOINT [Proposed] SCHEDULING ORDER**

On January 16, 2024, this Court ordered the parties to meet and confer and file a joint proposed scheduling order setting forth a briefing schedule for the application of 28 U.S.C. § 2254(d) to those claims in the petition that either (1) the court has concluded are not procedurally barred, or (2) for which the court has reserved judgment on whether they are procedurally barred.

Counsel for the parties have discussed this matter and propose that the Court order the scheduling of briefing on these issues as follows:

Petitioner's Opening Brief on the application of 28 U.S.C. § 2254(d) to the remaining claims in the petition shall be due on or before December 21, 2026. Respondent's Opposing Brief shall be due on or before September 21, 2027. Petitioner's Reply Brief shall be brief due on or before January 21, 2028.

Dated: March 16, 2026                                Respectfully Submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     */s/ Harry Simon*
                                                     HARRY SIMON
                                                     Assistant Federal Defender

                                                     Attorneys for Petitioner
                                                     DUANE HOLLOWAY


                                                     ROB BONTA
                                                     Attorney General of California


                                                     */s/ Barton Bowers*
                                                     BARTON BOWERS
                                                     Deputy Attorney General

                                                     Attorney for Respondent

IT IS SO ORDERED.


Dated:    March 24, 2026           _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE

Joint [Proposed] Scheduling Order                2        *Holloway* v. *Pierce*, Case No. 2:05-cv-02089-DJC-JDP